### RICE *v.* RICE.

*(Supreme Court, General Term, First Department.   October 16, 1891.)*

DOWER—ACTION—STAY PENDING PARTITION PROCEEDINGS.
  It is proper to refuse to stay an action by the widow for her dower until the determination of a suit for partition of the property, instituted by the heirs after her action was brought.

Appeal from special term, New York county.

Action by Lucy M. Rice against John S. Rice and others to recover dower. Defendant Rice moved to have the action stayed until the determination of a

partition suit, subsequently brought, affecting the same land, in which he was plaintiff and this plaintiff one of the defendants, and in which he prayed for a sale of the whole property, including the widow's dower. The application was denied, and defendant appeals.

Argued before VAN BRUNT, P. J., and DANIELS and INGRAHAM, JJ.

*Maclay & Forrest,* for appellant. *John L. Sutherland,* for respondent.

PER CURIAM. There seems to be no reason for disturbing the order made at special term. The right of the widow to prosecute an action to enforce her claim for dower should not be stayed by the subsequent commencement of a partition action, so that the enjoyment of her estate will be postponed until the heirs at law can settle their differences. The order should be affirmed, with costs.